UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

CHRISTOPHER W. TAYLOR,

        Petitioner,

   vs.

STATE OF WASHINGTON,

        Respondent.

NO. CV-12-3014-CI

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS***

Magistrate Judge Imbrogno filed a Report and Recommendation on April 4, 2012, recommending Mr. Taylor's application to proceed *in forma pauperis* be denied based on the amount of funds in his spendable account and his lack of dependants.  ECF No. 6.

There being no objections, **IT IS HEREBY ORDERED:** The Court **ADOPTS** the Report and Recommendation, **ECF No. 6**, in its entirety.  The Application is **DENIED.**  If Mr. Taylor wishes to proceed with this action, he shall pay the $5.00 filing fee within **twenty one (21) days** of the date of this Order or show cause why he should not be required to do so.  Failure to comply with this Order will be construed as Petitioner's consent to dismissal of this action for non-compliance with Rule 3(a)(1), Rules Governing Section 2254 Cases in the United States District Courts.

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* -- 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward a copy to Petitioner, and **SET A CASE MANAGEMENT DEADLINE ACCORDINGLY.**

**DATED** this   7th   day of May 2012.

                          S/ Edward F. Shea
                         EDWARD F. SHEA
                    United States District Judge

Q:\Civil\2012\prisoner12cv3014ci-4-26-denyifp.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* -- 2