UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER W. TAYLOR,<br><br>    Petitioner,<br><br>    vs.<br><br>STATE OF WASHINGTON,<br><br>    Respondent. | NO. CV-12-3014-CI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING HABEAS ACTION** |

   Magistrate Judge Imbrogno filed a Report and Recommendation on June 7, 2012, recommending Christopher W. Taylor's habeas action be dismissed based on his failure to pay the filing fee as required by Rule 3(a)(1), Rules Governing Section 2254 Cases in the United States District Courts. There being no objections, the Court **ADOPTS** the Report and Recommendation. The Petition is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the filing fee requirements.

   **IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Petitioner at his last known address, and close the file. The Court further certifies there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

   **DATED** this     9th     day of July 2012.

                    S/ Edward F. Shea
                    EDWARD F. SHEA
                 UNITED STATES DISTRICT JUDGE

Q:\Civil\2012\prisoner12cv3014ci-7-3-dishc.wpd

ORDER DISMISSING HABEAS ACTION -- 1