AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

CHRISTOPHER W. TAYLOR,

               Petitioner,

               v.

STATE OF WASHINGTON,

               Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-3014-CI

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the Petition is DISMISSED WITHOUT PREJUDICE for failure to comply with the filing fee requirements.

July 9, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia